UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE BELLO,<br><br>           Defendant | Criminal No.  26cr10100<br><br>Violations:<br><br>Counts One—Four: Wire Fraud<br>(18 U.S.C. § 1343)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1.      JOSE BELLO lived in Florida and worked as an insurance adjustor.

2.      Agent 1 lived in Massachusetts and was a friend of BELLO.

3.      Agent 2 lived in Florida and was also a friend of BELLO.

4.      Investor 1, Investor 2, Investor 3, and Investor 4 lived in Massachusetts and invested funds with BELLO ("the Victim Investors").

The Scheme to Defraud

5.      Starting no later than May 2023, BELLO obtained money from Agent 1, Agent 2, the Victim Investors, and others in Massachusetts, Florida, and elsewhere by falsely promising to invest their money in short-term, high-return loans to finance real estate transactions or storm damage repair.   BELLO variously referred to this financing as "private lending," "gator lending," or "hard-money lending."   BELLO obtained help from Agent 1 and Agent 2 with recruiting and communicating with investors.

1

6.    BELLO typically entered into loan agreements with the Victim Investors and others that set out the interest rate and term of an investor's purported loan.

7.    Instead of investing the Victim Investors' and others' funds to generate bona fide income from lending, as he had promised, BELLO used the funds in part to pay fake investment returns on earlier investments and spent investors' funds on himself, including gambling and vacations.

8.    As part of the scheme to defraud, BELLO promised the Victim Investors and others that they would invest and be paid in cash so that their profits would not be taxed.

9.    As part of and to conceal the scheme to defraud, BELLO made false statements and excuses to Agent 1, Agent 2, the Victim Investors, and others as to why he could not pay promised returns.

10.    The scheme collapsed when BELLO could no longer make Ponzi-scheme style repayments on earlier investments using the Victim Investors' and others' new money.

<u>Execution of the Scheme to Defraud</u>

11.    Between January 2023 and October 2024, BELLO entered into more than 4,100 loan agreements with at least 600 investors, with amounts ranging from $100 to $50,000 and promised interest rates ranging from 15 percent to as high as 100 percent.

12.    BELLO recruited Agent 1, Agent 2, the Victim Investors, and others to enter into loan agreements through friends and family and over the social media platforms Facebook and Discord.  For example:

  a.  On or about June 13, 2023, BELLO messaged Agent 1, "Have an opportunity that might interest you … I am part of a lending group I've talked about it a

2

couple times in chat but we find gator loans which are high interest loans used to close on homes when people are in closing process and need to come up with additional money for repairs etc. [L]oans are secured by property. So the opportunity on this current loan we are funding also for 55% return after 6 weeks. Funding and returns are paid in cash to avoid Uncle Sam hit. The minimum to get in is 10k but I'm putting 10k and u can jump in at any amount u want."

b.  On or about July 26, 2023, BELLO exchanged messages with Agent 1 about recruiting other investors over Facebook. Bello then sent Agent 1 a script to follow when describing the purported investment opportunity to potential investors.

c.  On or about August 7, 2023, BELLO exchanged messages with Agent 2 about the purported investment opportunity and possible referral payments.

d.  On or about August 12, 2023, BELLO created a Facebook group named "Money Team" and, with Agent 1, added individuals who invested with Bello to the group.

e.  Beginning on or about August 28, 2023, BELLO enlisted Agent 2 to prepare loan agreements and to send them to investors on BELLO's behalf.

f.  Beginning on or about September 22, 2023, BELLO, along with Agent 1 and Agent 2, added investors to a Discord server named "Money Team Hotline" ("the Money Team Discord Server").

3

g.  Beginning on or about September 23, 2023, BELLO updated the Money Team Discord Server regularly with "new rates" for investment contracts.

13.    Over Facebook and the Money Team Discord Server, BELLO gave Agent 1, Agent 2, the Victim Investors, and others fake descriptions of the investment opportunities and offered bonuses for referrals of new investors.   For example:

a.  On July 5, 2023, BELLO messaged Agent 1, "With the private lending shit I do though I've been able to set the shit up so I have 1-2k in cash coming in every two weeks like an additional fucking job."

b.  On or about August 7, 2023, BELLO messaged Agent 2 via Facebook, "The group I work with provides cash funding to construction companies and real estate investors who have homes under contract and need last minute renovations/repairs."   BELLO added: "[Agent 1] made himself like 3-4 k on referrals alone[.]"

c.  On or about August 14, 2023, BELLO messaged Agent 2, "Building hope we can stay busy[.]   [W]e picked up a construction company doing a lot of west coast projects so hopefully stay booming[.]"

d.  On or about August 31, 2023, after a member of the Money Team Facebook group asked, "is there enough business to go around for everyone?" BELLO responded, "[T]hese west coast storms will create a lot of work[.]"

e.  On or about September 30, 2023, BELLO wrote in the Money Team Discord Server, "Referrals back to 20%" (after previously offering referral bonuses of

4

10 and 15 percent) and listed 25- and 30-day contract options with minimum investment amounts and interest rates of 40 to 75 percent.

f. On or about October 2, 2023, BELLO posted to the Money Team Discord Server that "October is the most active month" during hurricane season. After an investor replied, "Wait so these contracts get better the more disasters there are?" BELLO answered, "Yes produces more opportunities."

g. On or about October 12, 2023, BELLO warned members of the Money Team Discord Server that "rates will go down to 20-40s [percent] during non storm season."

h. On or about November 12, 2023, BELLO announced in the Money Team Discord Server, "Last match [100 percent return] of the year! Barring a hurricane."

i. On or about December 21, 2023, after an investor on the Money Team Discord Server asked BELLO whether he had seen "the before and after of the projects that moneyteam has funded," BELLO falsely responded, "Yes tons. A lot of rebuilds from bad flooding down here."

j. On or about January 9, 2024, BELLO wrote in the Money Team Discord Server, "Todays storms have caused wide spread damage in a lot of our coverage areas and will create immediate opportunities for us. New rates will be posted tonight as I am just waiting for them to come down the pipe."

k. On or about January 16, 2024, BELLO wrote in the Money Team Discord Server, "Tornadoes in the Florida panhandle provide a much needed boost to

our market.   The money team has put people in position to pay off debt, build wealth in communities where opportunities are limited and go on trips and buy homes. … I will continue to fight and advocate for higher rates and benefits while we climb out of the mud and get back on track."

l.  On or about January 17, 2024, BELLO responded to a Facebook message from Investor 1, who asked, "[B]een wondering about the lending operations and how it correlates to hurricane season.   Aren't the loans mostly for emd [earnest money deposit] transactions?   Would like to get a better understanding of the strategy."   BELLO replied, "Heavy portion of our income is contractor lending for remodels and rebuilds.   Hurricane and wind damage creates more work thus borrowing requests sky rocket[.]"

14.   BELLO encouraged the Victim Investors and others to "reinvest" or "roll" their investments into new loan agreements (rather than receive cash payouts) by promising high returns on reinvested returns and by falsely representing that investors without pending investments might miss out on future opportunities.   For example:

a.  On or about October 19, 2023, BELLO messaged Agent 1 and Agent 2 over Facebook, "Let ppl known if they are closing their last contract they may not be able to get back in until things open up[,]" which prompted Agent 1 to announce in the Discord server, "Just a heads up , IF YOU CASH OUT A CONTRACT & HAVE NO CONTRACTS OPEN YOU WILL BE REMOVED from DISCORD."

6

b. On or about October 29, 2023, BELLO advised members of the Money Team Discord Server, "Just make sure you leave a contract open because once u close them u won't get back in."

15. BELLO also raised additional funds from the Victim Investors and others by offering "match" (100 percent return) or similarly preferential terms for new money. For example, on or about February 3, 2024, after Agent 1 messaged the Money Team Discord Server (at BELLO's direction), "We have 1 5k 100% match 30 day available message us on Facebook if you're interested[,]" BELLO added, "Pending cashouts cannot be used."

16. When investors expressed concern over BELLO's ability to pay promised investment returns, BELLO gave his investors fake excuses and false reassurances. For example:

a. On or about December 12, 2023, after a member of the Money Team Discord Server asked whether BELLO had sent and received more than $10,000, BELLO falsely replied, "Tons have sent and recvd more than 10k."

b. On or about February 1, 2024, after claiming for weeks that payment platforms had prevented him from sending money to investors, BELLO falsely told members of the Money Team Discord Server, "Cash outs will be starting tonight[.]"

c. On or about February 10, 2024, in response to concerns voiced by members of the Money Team Discord Server about delayed payments, BELLO falsely stated, "We are working appreciate the patience. I am currently on a drive to pick up more funding from my bosses as well to reload in apps."

d. On or about February 21, 2024, in response to additional concerns from Money Team Discord Server members, BELLO falsely wrote, "We have never not paid anyone! … We are working on solutions to expedite our process and move forward. I just drove all night to work for y'all and work on getting shit in place. … I am constantly fighting and advocating to my bosses on how we need to make immediate changes to benefit y'all."

17. In this manner, BELLO perpetrated the scheme and paid out on earlier investments only by obtaining new investments through fraud. BELLO invested no investor money in real estate or disaster relief loans.

18. Between in or about January 2023 and in or about October 2024, BELLO fraudulently obtained at least approximately $5.7 million from the Victim Investors and others, causing them to lose at least approximately $1.8 million in investment principal.

*Investor 1*

19. Between August 2023 and February 2024, BELLO obtained at least $70,000 from Investor 1:

a. On or about August 29, 2023, BELLO sent Investor 1 an initial loan agreement that stated that Investor 1's investment of $20,000 would generate a return of 50 percent by September 18, 2023.

b. Between September 2023 and February 2024, BELLO entered into at least 75 additional loan agreements with Investor 1 in connection with additional investments and purported rollovers of existing investments.

    c.   BELLO paid Investor 1 a return on December 23, 2023, when he sent Investor 1 $6,000 via PayPal. That $6,000 derived from other investors' payments to BELLO rather than from any short-term lending.

    d.   BELLO stopped communicating with Investor 1 in March 2024 and made no further payments of returns owed under the loan agreements with Investor 1.

*Investor 2*

20.    Between November 2023 and March 2024, BELLO obtained at least $35,000 from Investor 2, Investor 2's brother, Investor 2's daughter, and Investor 2's sons:

    a.   On or about November 18, 2023, BELLO, through Agent 2, sent Investor 2 an initial loan agreement that stated that Investor 2's investment of $1,000 would generate a return of 45 percent by December 18, 2023.

    b.   Between November 2023 and March 2024, BELLO entered into at least 11 loan agreements with Investor 2 in connection with additional investments and purported rollovers of existing investments. Through these loan agreements, BELLO falsely represented to Investor 2 that Investor 2's investments had grown to more than $100,000.

    c.   BELLO obtained payments from Investor 2 and his family members through the money transfer apps PayPal, Venmo, and Zelle.

    d.   Despite agreeing to make interest payments to Investor 2's brother over Facebook messages on or about March 20, 2024, BELLO never made any payments to Investor 2 or any of his family members in connection with their purported investments with BELLO.

*Investor 3*

21.    Between August 2023 and January 2024, BELLO obtained at least $5,000 from Investor 3:

    a.   On or about August 30, 2023, BELLO, Agent 1, and Agent 2 solicited an initial investment of $500 from Investor 3 under a loan agreement that promised an interest rate of 60 percent by September 29, 2023.

    b.   BELLO later obtained additional payments from Investor 3 via PayPal and through a delivery of cash by Investor 3 to Agent 2.

    c.   On or about November 4, 2023, BELLO paid $1,400 to Investor 3 via PayPal. That $1,400 derived from other investors' payments to BELLO rather than from any short-term lending.

    d.   After Investor 3 made repeated requests for repayment in March and April 2024, BELLO falsely told Investor 3 that the money she was owed was accruing interest of 1 percent daily and that Investor 3 would be paid by a certain date. For example, on or about April 2, 2024, BELLO messaged Investor 3, "Your payment will be made by April 12." On or about April 12, 2024, BELLO messaged Investor 3, "Like I said payment will be sent tonight[.]" However, after failing to pay Investor 3 at that time, BELLO messaged Investor 3 on or about April 13, 2024, "You will be paid April 30 sorry for delay." BELLO made no further payments to Investor 3.

*Investor 4*

22.    In February 2024, BELLO obtained approximately $17,500 from Investor 4:

10

a. On or about February 2, 2024, BELLO and Agent 1 solicited an investment of $10,000 from Investor 4 under a loan agreement that promised an interest rate of 65 percent by March 3, 2023.

b. BELLO subsequently obtained an additional investment of $7,500 from Investor 4 on or about February 22, 2024.

c. On or about March 11, 2024, after Investor 4 asked whether "cash drops" that BELLO had promised were "no longer happening," BELLO falsely replied, "Still happening[.]"    BELLO, however, never made any payment to Investor 4.

## COUNTS ONE TO FOUR
### Wire Fraud
### (18 U.S.C. § 1343)

The Grand Jury charges:

23.    The Grand Jury re-alleges and incorporates by reference paragraphs 1 to 22 of this Indictment.

24.    From in or around May 2023 through in or around April 2024, in the District of Massachusetts, the Southern District of Florida, and elsewhere, the defendant,

### JOSE BELLO,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, to wit, the electronic messages and payments between BELLO in Florida and the Victim Investors in Massachusetts, as set forth below:

| Count | Date | Description |
|---|---|---|
| 1 | 1/17/2024 | Facebook message from BELLO to Investor 1 |
| 2 | 3/1/2024 | Zelle payment of $3,500 from Investor 2 to BELLO |
| 3 | 11/4/2023 | PayPal payment of $1,400 from BELLO to Investor 3 |
| 4 | 3/11/2024 | Facebook message from BELLO to Investor 4 |

All in violation of Title 18, United States Code, Section 1343.

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

25.     Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1343, set forth in Counts One through Four, the defendant,

JOSE BELLO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

26.     If any of the property described in Paragraph 25, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 25 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL



FOREPERSON

DAVID M. HOLCOMB
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April 8 , 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK
at 1:05 PM

14